**Exhibit A to the Complaint**

**Location:** Fairfield, CT  
**Total Works Infringed:** 27

**IP Address:** 32.209.206.179  
**ISP:** Frontier Communications

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | 02/10/2019 18:23:38 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 2 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | 10/10/2018 20:26:57 | Blacked Raw | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 3 | 1E5531EA668F7F8218BE20D6D5BF46FAB3DC5E34 | 10/26/2018 16:34:01 | Blacked Raw | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 4 | 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE | 02/24/2019 14:39:49 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 5 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | 10/10/2018 15:42:12 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 6 | 3C13DFBCED77087173F8CE7A0B2F077D12A321BD | 10/10/2018 20:32:43 | Vixen | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 7 | 4670519255EEFD11D8740328CB025AE98351F54C | 09/29/2018 15:25:25 | Vixen | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 8 | 50E15D2CBEC667D65E27914E8CD54CFC687BA554 | 10/23/2018 22:01:03 | Vixen | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 9 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | 10/10/2018 20:29:52 | Vixen | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 10 | 6368304AC758D02EE749428AC3ED172D336AD275 | 12/03/2018 23:55:09 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 11 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | 10/26/2018 16:21:49 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 12 | 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F | 07/01/2018 15:02:16 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 13 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | 10/10/2018 15:39:49 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 14 | 72555676245CA53C457541455A41821330714A7A | 03/23/2019 19:31:39 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 15 | 771BFBA9DA574E9C91CE9B46506ED89362ED6DB7 | 10/26/2018 16:32:54 | Vixen | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 16 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | 10/10/2018 20:28:41 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 17 | 8BB074E225C6C871CDBD1831D394E9988502CEBD | 10/10/2018 15:37:37 | Blacked Raw | 10/09/2018 | 11/01/2018 | PA0002143427 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | 10/10/2018 20:23:11 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 19 | A1D049D475923190FF3A7134A0D2B9F10D62914B | 10/10/2018 20:39:42 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 20 | A89525172FC31E96791A5091366B3B562DA0B84A | 10/10/2018 15:49:20 | Blacked Raw | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 21 | AF96EE573EB75078F49ABE87BB1FE91A3F15C177 | 10/26/2018 16:32:19 | Blacked | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 22 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | 10/10/2018 20:21:36 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 23 | BD854768B2F7F60A088E5A249207DEACEE5A7CD0 | 03/23/2019 19:23:24 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 24 | CF7373B976BF078DBB9CE0871213D8469D84358D | 07/01/2018 15:00:48 | Tushy | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 25 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | 10/10/2018 15:54:56 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 26 | DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38 | 10/26/2018 16:22:50 | Tushy | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 27 | FF4587D86491988D7CB446FCDF75037B72B9F677 | 07/01/2018 15:00:19 | Tushy | 06/25/2018 | 08/07/2018 | PA0002132395 |